FILED
NOVEMBER 1, 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of

Charles E. Anderson, Trustee on behalf of the Painters' District Council No. 30 Health and Welfare Fund,

v.

Carol Morar and McNally Law Offices, S.C.

Case Number: **07 C 6185**

JUDGE MORAN
MAGISTRATE JUDGE VALDEZ

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Plaintiff.

| | |
|---|---|
| NAME (Type or print) | |
| Marisel A. Hernandez | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) | |
| s/ Marisel A. Hernandez | |
| FIRM | |
| Jacobs, Burns, Orlove, Stanton & Hernandez | |
| STREET ADDRESS | |
| 122 South Michigan Avenue, Suite 1720 | |
| CITY/STATE/ZIP | |
| Chicago, IL 60603-6145 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
| 06191116 | 312-327-3447 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓   NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐   NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓   NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓   NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. | |
| RETAINED COUNSEL ☐   APPOINTED COUNSEL ☐ | |