**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                                                 Case Number:

Charles E. Anderson, Trustee on behalf of the Painters' District Council No. 30 Health and Welfare Fund,
    v.
Carol Morar and McNally Law Offices, S.C.

NF

**FILED**
**NOVEMBER 1, 2007**
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

**07 C 6185**

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Plaintiff.

**JUDGE MORAN**
**MAGISTRATE JUDGE VALDEZ**

| | |
|---|---|
| NAME (Type or print) M. Garrett Hohimer | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) s/ M. Garrett Hohimer | |
| FIRM Jacobs, Burns, Orlove, Stanton & Hernandez | |
| STREET ADDRESS 122 South Michigan Avenue, Suite 1720 | |
| CITY/STATE/ZIP Chicago, IL 60603-6145 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) 06291640 | TELEPHONE NUMBER 312-327-3461 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐   NO ✓ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐   NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐   NO ✓ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐   NO ✓ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. RETAINED COUNSEL ☐   APPOINTED COUNSEL ☐ | |