## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of    Case Number: 07C6185

Charles E. Anderson, Trustee on behalf of the Painters' District Council No. 30 Health and Welfare Fund v. Carol Morar and McNally Law Offices, S.C.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:
Carol Morar and McNally Law Offices S.C.

**FILED**
JN
NOV 3 0 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| NAME (Type or print) |
| --- |
| Edward F. Kardelis |

| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
| --- |
| s/ Edward F. Kardelis |

| FIRM |
| --- |
| McNally Law Offices, S.C. |

| STREET ADDRESS |
| --- |
| 555 N. Court Street, Suite 200 |

| CITY/STATE/ZIP |
| --- |
| Rockford, Illinois 61103 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
| --- | --- |
| 6283198 | (815) 963-3688 |

| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓ | NO ☐ |
| --- | --- | --- |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ✓ | NO ☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐ | NO ✓ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓ | NO ☐ |

| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. |
| --- |
| RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐ |