**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| CHARLES E. ANDERSON, Trustee on behalf of the PAINTERS' DISTRICT COUNCIL NO. 30 HEALTH AND WELFARE FUND, | )<br>)<br>)<br>)<br>)<br>) |
| Plaintiff, | ) Case No. 07-C-6185 |
| v. | ) Judge Moran<br>) |
| CAROL MORAR and McNALLY LAW OFFICES, S.C., | )<br>)<br>) |
| Defendants | ) |

**MOTION TO DISMISS WITH PREJUDICE**

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiffs move to dismiss this lawsuit with prejudice. In support thereof, Plaintiff states as follows:

1. The complaint in this matter was filed on November 1, 2007..

2. Plaintiffs and Defendants have reached a settlement agreement, under which the lump sum payment was made in full on March 12, 2008.

WHEREFORE, Plaintiffs respectfully request that this Court enter an order dismissing this action with prejudice, pursuant to the settlement reached by the parties.

                                                    Respectfully submitted,

                                                    /s/ M. Garrett Hohimer
                                                    One of Plaintiff's Attorneys

Marisel A. Hernandez
M. Garrett Hohimer
JACOBS, BURNS, ORLOVE, STANTON & HERNANDEZ
122 S. Michigan Avenue Suite 1720
Chicago, IL 60603
(312) 327-3450

**CERTIFICATE OF SERVICE**

      I, M. Garrett Hohimer, an attorney, certify that on March 26, 2008, I electronically filed the foregoing MOTION TO DISMISS WITH PREJUDICE with the Clerk of the court using the CM/ECF system; attorney of record, Edward F. Kardelis, will be sent electronic notification of such filing.

                                                  /s/ M. Garrett Hohimer