UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CHARLES E. ANDERSON, Trustee on behalf of the PAINTERS' DISTRICT COUNCIL NO. 30 HEALTH AND WELFARE FUND, <br>　　　　Plaintiff, <br><br>　　v. <br><br>CAROL MORAR and McNALLY LAW OFFICES, S.C., <br><br>　　　　Defendants | Case No. 07-C-6185 <br><br> Judge Moran |

## NOTICE OF MOTION

TO:　See attached Certificate of Service.

**PLEASE TAKE NOTICE** that on Thursday, April 3, 2008, at 9:00 a.m., I shall appear before the Honorable Judge James B. Moran in the courtroom usually occupied by him at the Dirksen Federal Building, 219 South Dearborn Street, Chicago, Illinois, and then and there present **Plaintiffs' Motion to Dismiss with Prejudice**, a copy of which is attached hereto.

　　　　　　　　　　　　　　　　　　Respectfully submitted,


　　　　　　　　　　　　　　　　　　/s/  M. Garrett Hohimer
　　　　　　　　　　　　　　　　　　M. Garrett Hohimer
　　　　　　　　　　　　　　　　　　One of Plaintiffs' Attorneys


Marisel Hernandez
M. Garrett Hohimer
Jacobs, Burns, Orlove, Stanton and Hernandez
122 S. Michigan Avenue, Suite 1720
Chicago, IL 60603
(312) 372-1646

1

2

**<u>CERTIFICATE OF SERVICE</u>**

      I certify that on March 26, 2008, I electronically filed the foregoing MOTION TO DISMISS WITH PREJUDICE with the Clerk of the court using the CM/ECF system; attorney of record, Edward F. Kardelis, will be sent electronic notification of such filing.

      <u>/s/  M. Garrett Hohimer</u>